IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 8:07CR173 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **HERMAN CASTILLO-TORRES,** | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on the motion of James E. Reisinger, CJA, to withdraw as counsel for the defendant, Herman Castillo-Torres [28]. Since retained counsel, Horacio J. Wheelock has entered an appearance for the defendant [24], the motion to withdraw [28] is granted. James E. Reisinger shall be deemed withdrawn as attorney of record and shall forthwith provide Horacio J. Wheelock with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Reisinger which are material to the defendant's defense.

    **IT IS SO ORDERED.**

    DATED this 29th day of May, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge