# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:07CR173 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| HERMAN CASTILLO-TORRES, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is defendant's Motion to Withdraw Motions [54].  Defendant has entered into a plea agreement.   For that reason, the Motion to Suppress Evidence [40], Brief in Support of Motion to Suppress [41],  Motion for Discovery of Detector Dog Information and Suggestions in Support  [42] , Motion for Pretrial [44],  Motion to Sever [45], Motion in Limine [47] and Brief in Support of Motion in Limine [48] shall be deemed withdrawn.

The evidentiary hearing previously scheduled for August 21, 2007 before Magistrate Judge F.A. Gossett is cancelled.

IT IS SO ORDERED.

DATED this 21st day of August, 2007.

BY THE COURT:


s/ F.A. Gossett
United States Magistrate Judge